UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jon R. Morgan,

        **Plaintiff,**

-against-

Crutchfield New Media, LLC,

        **Defendant.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/2020

1:19-cv-11724 (JPO) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

In light of recent public health developments, the previously scheduled initial conference on April 7, 2020 at 10:00 a.m. (*see* ECF No. 17) shall be conducted by telephone rather than in person. At the scheduled time, the Parties shall each separately call (888) 278-0268 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:     New York, New York
               March 19, 2020

_____
STEWART D. AARON
United States Magistrate Judge