

Phone: (718) 971-9474| Fax: (718) 865-0943| Email: Jshalom@JonathanShalomLaw.com
Office: 105-13 Metropolitan Avenue Forest Hills, New York 11375

March 24, 2020

**VIA ECF**
Honorable Judge Stewart D. Aaron.
United States Magistrate District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/25/2020
```

Re: *Jon R. Morgan v. Crutchfield New Media, LLC.*, Case No. 1:19-cv-11724-JPO-SDA

To the Hon. Judge Aaron,

We represent Plaintiff Jon R. Morgan ("Plaintiff") in the above-referenced action. Pursuant to Rule 1(A) of Your Honor's Individual Practices, we write jointly with Defense counsel. In light of the current COVID-19 pandemic, the undersigned respectfully requests that the Court stay all deadlines and conferences including the Initial Conference currently scheduled April 7, 2020 for 30 days, from April 7, 2020 to May 7, 2020. Defense counsel is proposing an extension greater than 30 days. The parties thank the Court for its attention on this matter.

The Court has considered the letters filed at ECF Nos. 20 and 21. The parties' request to stay is DENIED WITHOUT PREJUDICE. The Court will proceed with the previously scheduled telephonic initial conference on April 7, 2020 and will discuss during the call the deadlines for discovery. SO ORDERED.
Dated: March 25, 2020

Respectfully submitted,

*/s/ Jonathan Shalom*
Jonathan Shalom, Esq.
*Attorneys for Plaintiff*