UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jon R. Morgan,

      **Plaintiff,**

   -against-

Crutchfield New Media, LLC,

      **Defendant.**

1:19-cv-11724 (JPO) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The initial conference scheduled to occur before the undersigned on April 7, 2020 at 10:00 a.m. is hereby cancelled in light of the proposed stipulation and order of dismissal filed by Plaintiff on March 30, 2020. (ECF No. 23.)

**SO ORDERED.**

DATED: New York, New York
     March 31, 2020

_____
STEWART D. AARON
United States Magistrate Judge